IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TOMMY BELL,<br><br>                Petitioner<br><br>       VS.<br><br>BRIAN OWENS, COMMISSIONER,<br>GEORGIA DEPARTMENT OF CORRECTIONS<br><br><br>                Respondent | NO. 5:09-CV-284 (CAR)<br><br>**PROCEEDINGS UNDER 28 U.S.C. §2254**<br>**Before the U. S. Magistrate Judge** |

# ORDER

Petitioner TOMMY BELL has requested appointed legal counsel and an extension of time to further respond to the respondent's pending motion seeking dismissal of the above-captioned action. Tab #12.

With regard to the petitioner's request for appointed counsel, and after reviewing the instant petition, the court finds that the issues set forth therein are properly raised and adequately set forth petitioner's contentions.  They are not so complex as to require appointment of legal counsel to represent his legal interests at this time.  The court <u>on its own motion</u> will consider appointing legal counsel for the petitioner if and when it becomes apparent that legal assistance is required in order to avoid prejudice to his rights.  Accordingly, the petitioner's motion for appointment of legal counsel is **DENIED**.

With respect to petitioner Bell's request for an extension of time, the undersigned notes that the petitioner has already filed a document titled "Traverse to Respondent's Motion to Dismiss." Therein, the petitioner opposes the respondent's motion seeking dismissal in some detail.  As such, additional time to respond to the respondent's motion seeking dismissal appears unnecessary. Accordingly, the petitioner's request for an extension is **DENIED**.

**SO ORDERED**, this 23rd day of NOVEMBER, 2009.



                                              s/ *Claude W. Hicks, Jr.*
                                              CLAUDE W. HICKS, JR.
                                              UNITED STATES MAGISTRATE JUDGE