IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TOMMY BELL, | : | |
| Petitioner, | : | Case No. 5:09-CV-284 (CAR) |
| v. | : | |
| BRIAN OWENS, COMMISSIONER, | : | |
| Respondent. | : | |

*ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] to grant Respondent's Motion to Dismiss as Untimely [Doc. 9] Petitioner's Writ of *Habeas Corpus*. Petitioner has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Respondent's Motion to Dismiss is hereby **GRANTED**, and the Petition is **DISMISSED**.

**SO ORDERED,** this 4th day of June, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

THC